UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING CORPORATION,<br><br>                Plaintiff,<br>    v.<br>DAVID S. BINGHAM,<br><br>                Defendant,<br>    v.<br>JP MORGAN CHASE BANK, N.A.,<br><br>                Garnishee. | Case No. MC17-0106RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, David S. Bingham, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JP Morgan Chase Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on August 25, 2017.

Dated this 30th day of August, 2017.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge