# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, CORPORATION,

    Plaintiff,

v.

DAVID S. BINGHAM,

    Defendant,

JP MORGAN CHASE BANK, N.A.,

    Garnishee.

No. MC17-0106RSL

**NOTICE AND ORDER OF DISMISSAL**

Plaintiff-Petitioner LVB-Ogden Marketing LLC ("LVB"), by and through its undersigned counsel, hereby submits this notice of dismissal without prejudice of the above-captioned miscellaneous proceeding. A proposed order is being filed herewith. Garnishee is directed by Plaintiff, under the authority of Chapter 6.27 RCW, to fully release the writ of garnishment issued in this cause, and is relieved of its obligation to withhold funds or property of the Defendant pursuant to that writ.

DATED: June 11, 2019

                                  *s/ William R. Squires III*
                                  William R. Squires III, WSBA No. 4976
                                  CORR CRONIN LLP
                                  1001 Fourth Avenue, Suite 3900
                                  Seattle, Washington 98154-1051
                                  Telephone: (206) 625-8600 Fax: (206) 625-0900
                                  E-mail: rsquires@corrcronin.com
                                  *Attorney for Plaintiff*

# ORDER

Pursuant to the Notice of Dismissal filed by Plaintiff-Petitioner LVB-Ogden Marketing LLC ("LVB"), the above-captioned miscellaneous proceeding is hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 13th day of June, 2019.

*/s/ M S Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600